## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDA BEYER, et al.,** | : | **CIVIL ACTION NO. 1:06-CV-1568** |
| **Plaintiffs** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **CHATHAM MORTGAGE, LLC, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this 26th day of September, 2006 it is hereby ORDERED:

1. Pursuant to the Stipulation of Dismissal with Prejudice and Agreement by the parties that this case has been settled, it is therefore dismissed with prejudice except as provided in Paragraph 2 of this ORDER.

2. The Parties, all of whom are represented by counsel, have stipulated that judgment be entered approving the settlement agreed to by the parties. The Court, having had the opportunity to review the settlement agreement, has determined that Plaintiffs' counsel has adequately represented the interests of the Plaintiffs and that the settlement is reasonable and fair.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge